E. BRYAN WILSON
Acting United States Attorney

RYAN D. TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JOHNNY TOM ADAMS,<br><br>                Defendant. | No. 4:21-cr-00013-RRB-SAO<br><br><u>COUNT 1</u>:<br>FELON IN POSSESSION OF A FIREARM<br>   Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br><br><u>CRIMINAL FORFEITURE ALLEGATION</u>:<br>   Vio. of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about February 22, 2021, within the District of Alaska, the defendant, JOHNNY TOM ADAMS, knowing he had previously been convicted by any court of the

following crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: one Glock model 45, 9mm pistol.

Conviction

| Conviction Date | Offense | Court | Case No |
| --- | --- | --- | --- |
| April 12, 2018 | Assault 3 | State of Alaska | 4FA-17-2108 |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), the defendant, JOHNNY TOM ADAMS, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following:

1. one Glock model 45, 9mm pistol.

//
//
//
//

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kyle Reardon for
RYAN D. TANSEY
Assistant U.S. Attorney
United States of America

s/ E. Bryan Wilson
E. BRYAN WILSON
Acting United States Attorney
United States of America

DATE: March 17, 2021

Page 3 of 3

Case 4:21-cr-00013-RRB-SAO   Document 2   Filed 03/18/21   Page 3 of 3